IN THE SUPREME COURT OF TEXAS

 No. 09-0431

 IN RE CHRISTUS HEALTH AND CHRISTUS HEALTH GULF COAST D/B/A CHRISTUS ST.
 CATHERINE HOSPITAL

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief, filed May 22, 2009, is
granted. The Order on Plaintiffs' Motion for Discovery Sanctions dated
March 13, 2008 and the Nunc Pro Tunc Order on the Prior Court's Sanctions
Ruling and Staying Monetary Sanctons dated May 6, 2009, in Cause No. 2005-
36179, styled Linda Carswell, individually and as representative of the
estate of Jerry L. Carswell, deceased, Robert J. Carswell, and Jordan D.
Carswell v. Christus Health and Christus Health Gulf Coast d/b/a Christus
St. Catherine Health, in the 165th District Court of Harris County, Texas,
are stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., June 8, 2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 27, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk